### 44095.   COX v. THE STATE.

HALL, Judge.   The defendant was indicted, convicted and sentenced to 9 years for robbery by use of an offensive weapon. There was evidence that the defendant and the co-defendant entered the place where the victim was working, the co-defendant held a gun and said to the victim, "Give me the money or I'll kill you"; the victim took money out of the cash register and handed it to the defendant; the co-defendant told the defendant to get the victim's purse (which was on her desk and contained about $37) ; the defendant took the purse and he and the co-defendant left with the money and the purse.   The evidence supported the conviction. *Code* § 26-501.
   *Judgment affirmed.   Jordan, P. J., and Whitman, J., concur.*

SUBMITTED JANUARY 13, 1969—DECIDED JANUARY 21, 1969.

*Kravitch & Hendrix, Aaron Kravitch,* for appellant.
   *Andrew J. Ryan, Jr., Solicitor General, Robert E. Barker,* for appellee.